WEIDMANN SILK DYEING COMPANY, respondent,

*v.*

MAYOR AND ALDERMEN OF THE CITY OF JERSEY CITY, appellants.

[Argued June 20th, 1918.   Decided November 18th, 1918.]

On appeal from a decree of the court of chancery.

*Messrs. Griggs & Harding,* for the respondent.

*Messrs. Humphreys & Sumner,* for the appellants.

PER CURIAM.

The decree is affirmed, for the reasons stated in a memorandum filed in No. 47.   See *ante p. 541.*

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, TAYLOR, GARDNER—12.

*For reversal*—None.